give an opinion as to what infirmities the plaintiff had, what activities would aggravate them, and whether they would likely continue, but he could not properly give an opinion as to the substantial gainfulness of occupations which she could follow * * *." United States v. Provost, 5 Cir., 75 F.2d 190, 191. See also Hamilton v. United States, 5 Cir., 73 F.2d 357; Miller v. United States, 5 Cir., 71 F.2d 361, affirmed 294 U.S. 435, 55 S.Ct. 440, 79 L.Ed. 977.[10]

We think there should be another trial of this case upon which the jury can have an opportunity to make a finding upon the facts uninfluenced by the consideration of improper testimony. For this reason the judgment of the trial Court is reversed and the cause remanded for another trial.

Judgment reversed.

Before HOLMES, STRUM, and RIVES, Circuit Judges.

PER CURIAM.

The questions presented for review in this case have just been decided in the case of U. S. v. Roberts, 5 Cir., 192 F.2d 893, opinion by Judge Russell. That opinion before its entry, was carefully considered by the judges sitting on this case and they are in entire agreement with that opinion on the questions here presented. For the reasons there stated, the judgment in this case is

Affirmed.

---

**UNITED STATES of America, Appellant v. Missouri WATSON, Appellee.**

**No. 13427.**

United States Court of Appeals
Fifth Circuit.

Nov. 30, 1951.

David A. Turner, Associate Sol., Veterans Administration, Washington, D. C., E. Burns Parker, U. S. Atty., Thomas M. Stowers, Asst. U. S. Atty., Montgomery, Ala., for appellant.

Walter J. Knabe, Montgomery, Ala., for appellee.

**ANGWELL CURTAIN CO. v. NATIONAL LABOR RELATIONS BOARD.**

**No. 10461.**

United States Court of Appeals
Seventh Circuit.

Nov. 29, 1951.

---

10. The Georgia Law is to the same effect. Shaw v. Jones, Newton & Co., 133 Ga. 446, 66 S.E. 240; Mayor & Council of Macon v. Humphries, 122 Ga. 800, 50 S.E. 986; Central of Ga. Rwy. Co. v. Goodwin, 120 Ga. 83, 47 S.E. 641; Southern Mutual Ins. Co. v. Hudson, 115 Ga. 638, 42 S.E. 60; Mayor & Council of Milledgeville v. Wood, 114 Ga. 370, 40 S.E. 239; Metropolitan Life Ins. Co. v. Saul, 189 Ga. 1, 5 S.E.2d 214; Barnes v. Thomas, 72 Ga.App. 827, 835, 35 S.E.2d 364.